**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

THE PENN STATE RESEARCH FOUNDATION,

*Plaintiff*,

v.

SAMSUNG ELECTRONICS CO. LTD., SAMSUNG ELECTRONICS AMERICA, INC., SAMSUNG TELECOMMUNICATIONS AMERICA, LLC, and SAMSUNG DISPLAY CO., LTD.,

*Defendants*.

No. 4:14-cv-00124-MWB

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action in its entirety with prejudice, each party to bear its own costs and attorneys' fees.

Each party shall destroy or return to the producing party all documents produced to it by another party designated as containing confidential information (including documents marked as "CONFIDENTIAL" and documents marked as "CONFIDENTIAL - ATTORNEYS' EYES ONLY") and any summaries, excerpts, compilations, or copies of such materials. Each party shall certify the destruction or return of these documents. Any attorney work product incorporating

confidential information of another party that outside counsel maintains for archival purposes shall not be used for any purpose unrelated to this litigation.

Dated: September 25, 2014

*/s/ Thomas A. French*
Thomas A. French, Pa. I.D. No. 39305
Robert J. Tribeck, Pa. I.D. No. 74486
Amanda J. Lavis, Pa. I.D. No. 308956
RHOADS & SINON LLP
One South Market Square
Harrisburg, PA 17108-1146
(717) 233-5731

Robert T. Haslam (rhaslam@cov.com)
Kurt G. Calia (kcalia@cov.com), *pro hac application to be filed*
Covington & Burling LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065-1418
Telephone: (650) 632-4700

Jeffrey H. Lerner (jlerner@cov.com)
Covington & Burling LLP
1201 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2401
Telephone: (202) 662-6000

Chang Sik Kim (cskim@cov.com)
Covington & Burling LLP
22nd Floor, Meritz Tower
825-2, Yeoksam-dong
Gangnam-gu, Seoul, 135-934
Telephone: 82.2.6281.0003

**Attorneys for Defendants Samsung Electronics Co. Ltd., Samsung Electronics America, Inc., Samsung Telecommunications America, LLC, and Samsung Display Co., Ltd.**

Respectfully submitted,

*/s/ Terry Light*
Terry Light
Pennsylvania State Bar No. 20789
Brann & Light, P.C.
112 Market Street
Lewisburg, PA 17837
Telephone (570) 523-3241
Facsimile (570) 524-0896
tlight@brann-light.com

Michael W. Shore
Texas State Bar No. 18294915
Alfonso Garcia Chan
Texas State Bar No. 24012408
Christopher L. Evans
Texas Bar No. 24058901
Ari B. Rafilson
Texas State Bar No. 24060456
Shore Chan DePumpo LLP
901 Main Street, Suite 3300
Dallas, TX 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111
mshore@shorechan.com
achan@shorechan.com
cevans@shorechan.com
arafilson@shorechan.com

**Attorneys for Plaintiff**
**The Penn State Research Foundation**

## CERTIFICATE OF SERVICE

I hereby certify that on this date I electronically filed **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** with the clerk of the court for the United States District Court, Middle District of Pennsylvania, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consents in writing to accept this Notice as service of this document by electronic means.

September 25, 2014

/*s/Terry W. Light*
Terry W. Light